|   |   |
|---|---|
| 1 |   |
| 2 | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al. | ) ) ) | Case No. CV 07-1497 ODW (FMOx) |
|---|---|---|
| Plaintiffs, | ) ) | [~~PROPOSED~~] JUDGMENT |
| v. | ) ) |   |
| PERRY MARINGER, et al., | ) ) |   |
| Defendant. | ) ) |   |
| _____ | ) |   |

    This action came on hearing before the Court, on April 7, 2008, Honorable Otis D. Wright II, United States District Judge, Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

    IT IS ORDERED AND ADJUDGED that:

    1.  Plaintiffs, CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRON WORKER VACATION TRUST, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRON WORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRON WORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE

TRUST and IRONWORKERS WORKERS COMPENSATION TRUST shall recover from Defendant, PERRY MARINGER, an individual dba MARINGER STEEL COMPANY and Defendant, MARINGER & SONS, INC., a corporation, the sum of $106,592.70 which includes:

  (a) the amount of $50,755.83 in unpaid Contributions for the months of July, 2005 to August, 2006;

  (b) the amount of $20,076.37 in unpaid liquidated damages which accrued on the unpaid Contributions due for the months of July, 2005 to August, 2006;

  (c) the amount of $17,255.50 in unpaid interest which accrued on the unpaid Contributions due for the months of July, 2005 to August, 2006; and

  (d) the amount of $18,505.00 in reasonable attorneys' fees, the itemized calculation of which is set forth in the Declaration of Melissa W. Cook filed herein.

 2. Plaintiffs shall recover from Defendants Plaintiffs' litigation costs, which shall be taxed by the Clerk of Court pursuant to Local Rule 54-3 and added to this Judgment.

 3. That Defendants submit to an audit of their books and records for the time period of May, 2006 to present; and

//
//
//
//
//
//
//
//

1      4.    That said judgment is without prejudice to the right of Plaintiffs to seek recovery of any past or future delinquencies, interest and liquidated damages, that may be owing to Plaintiffs from Defendants.

ORDERED, ADJUDGED AND DECREED that Plaintiffs have execution therefor.

Judgment is entered this 24th day of April, 2008.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE